

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:    Gregorio Guerrero v. The State of Texas

Appellate case numbers:  01-13-00821-CR
01-13-00822-CR

Trial court case numbers: 1172094
1172095

Trial court:    339th District Court of Harris County

Appellant, Gregorio Guerrero, has filed a motion to consolidate the above referenced appeals. Guerrero appeals from judgments of conviction for aggravated robbery and evading arrest arising from the same incident. Appellant and the State have filed separate briefs under each cause number. We **DENY** the motion to consolidate, however the appeals will be considered together with one opinion.

It is so ORDERED.

Judge's signature: ___/s/_ Rebeca Huddle
X Acting individually    ☐ Acting for the Court

Date: January 22, 2015